**Opinion issued January 9, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-13-00292-CV

————————————

### TRAVIS DICKINSHEETS, Appellant

### V.

### GULF COPPER SHIP REPAIR, INC., GULF COPPER & MANUFACTURING CORPORATION, AMERICAN EQUITY RISK SERVICES, LLC AND DONNY AMAYA, Appellees

---

### On Appeal from the 172nd District Court
### Jefferson County, Texas
### Trial Court Case No. E-191,976-A

---

### MEMORANDUM OPINION

Appellant, Travis Dickinsheets, has filed a motion to dismiss the appeal.

Although the motion does not contain a certificate of conference, it contains a

certificate of service and has been on file with the Court for more than ten days. *See* TEX. R. APP. P. 10.1(a)(5),10.3(a)(2). Appellees have not responded or otherwise expressed opposition to the motion. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.